United States District Court
Southern District of Texas
**ENTERED**
August 19, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN SANTOS and TODD UJIFUSA, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 4:20-cv-00851 |
| ASHLAR MEDICAL, LLC and DAVID WASKOM, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs Juan Santos and Todd Ujifusa and Defendants Ashlar Medical, LLC and David Waskom's (collectively, the "Parties") Joint Stipulation of Dismissal with Prejudice ("Stipulation"). Having considered the Stipulation, the Court believes it is well taken and should in all things be AFFIRMED.

It is therefore ORDERED that this action is hereby dismissed with prejudice. The Parties shall each bear their own costs and fees incurred during this litigation.

SIGNED this __18__ day of __Aug__, 2020.

_____
DAVID HITTNER
United States District Judge